**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**TAYLOR MOMCHILOVICH-ARNCE**                              **PLAINTIFF**

**v.**                    **Case No. 5:25-CV-05188-DCF**

**UNIVERSITY OF ARKANSAS,** *et. al.*                    **DEFENDANTS**

**ORDER**

The Court has received proposed findings and recommendations (Doc. 18) from Magistrate Judge Christy Comstock.  There have been no objections and the period for filing objections has passed.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**.  Accordingly, Plaintiff's case will be **DISMISSED** without prejudice.

**IT IS SO ORDERED** this 6th day of April 2026.

*/s/ David Clay Fowlkes*

DAVID CLAY FOWLKES
UNITED STATES DISTRICT JUDGE