## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

**TAYLOR MOMCHILOVICH-ARNCE**                          **PLAINTIFF**

**v.**                          **Case No. 5:25-CV-05188-DCF**

**UNIVERSITY OF ARKANSAS,** *et. al.*                          **DEFENDANTS**

### JUDGMENT

For the reasons stated in the Magistrate Judge's Report and Recommendation,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiff's case is

**DISMISSED** without prejudice.

**IT IS SO ORDERED** this 6th day of April 2026.

*/s/ David Clay Fowlkes*

DAVID CLAY FOWLKES
UNITED STATES DISTRICT JUDGE